KAREN SUE NAYLOR, Trustee
P.O. BOX 504
SANTA ANA, CA 92702-0504
Telephone (949) 262-1748
Facsimile (714) 708-3949

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

In re: ) Case No. 8:09-16252-RK
) Chapter 7
)
SLE METAL INC., ) **NOTICE OF CONTINUED §341 (a)**
) **MEETING OF CREDITORS**
)
Debtor(s). )
)

**TO THE DEBTOR(S), THE ATTORNEY OF RECORD, AND THE OFFICE OF THE UNITED STATES TRUSTEE:**

1. The Debtor(s) failed to appear at the scheduled §341(a) Meeting of Creditors.

2. NOTICE IS HEREBY GIVEN that the Meeting of Creditors has been continued in the Debtor(s) case to:

    **DATE:** September 4, 2009
    **TIME:** 09:00 A.M.
    **LOCATION:** **Chapter 7 Meeting Room, Suite 3110**
    **411 West Fourth Street**
    **Santa Ana, California**

3. The above-named Debtor(s) is required to appear at said date and time pursuant to 11 U.S.C. Section 341(a). You are further notified that in the event you do not appear at same time and place, a motion to dismiss your case may be filed by the Trustee.

DATED: 8-6-09

KAREN SUE NAYLOR, Trustee

I certify that I served the within Notice on the above Debtor(s) and his/her attorney of record and interested parties on 8/6/09.