| | |
|---|---|
| 1 | KAREN SUE NAYLOR, Trustee |
| 2 | P.O. BOX 504 |
| | SANTA ANA, CA 92702-0504 |
| 3 | Telephone (949) 262-1748 |
| | Facsimile (714) 708-3949 |

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

In re: ) Case No. 8:09-16252-RK
) Chapter 7
)
SLE METAL INC., ) **NOTICE OF CONTINUED §341 (a)**
) **MEETING OF CREDITORS**
)
 Debtor(s). )
)

TO THE DEBTOR(S), THE ATTORNEY OF RECORD, AND THE OFFICE OF THE UNITED STATES TRUSTEE:

1. NOTICE IS HEREBY GIVEN that the Meeting of Creditors has been continued in the Debtor(s) case to:

 DATE: December 11, 2009
 TIME: 10:00 A.M.
 LOCATION: ROOM 3110
 411 West Fourth Street
 Santa Ana, California

2. The Trustee has requested that the debtor(s) furnish the Trustee with copies of certain documents.

3. A failure or refusal by the debtor(s) to provide the Trustee with the requested documents may result in the Trustee filing a Motion to Dismiss, or an Objection to the Debtor(s)' Discharge.

DATED: 10-10-09

 _____
 KAREN SUE NAYLOR, Trustee

I certify that I served the within Notice on the above Debtor(s) and his/her attorney of record and interested parties on 10/13/09 .